AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 23-8216MB ~~3985883-PMN~~ | Date and time warrant executed: 04/20/2023 @ 0917 hours | Copy of warrant and inventory left with: USPS |
|---|---|---|
| **Inventory made in the presence of:** Inspector J. Keenan and Inspector M. Murrow | | **USPS Tracking Number:** EJ972807856US |

**Inventory of the property taken and name of any person(s) seized:**

Express Mail Parcel Label No. EJ972807856US, addressed to Shantelle Robinson, 3109 Killam Rd., Forney, TX 75126 with a return address of Rokki Ogden, 4042 S. 17th St., Phoenix, AZ 85040 contained the following:

- Approximately 444.6 grams of blue M30 pills (suspected fentanyl).

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/20/2023

Andrea Brandon
Digitally signed by Andrea Brandon
Date: 2023.04.20 10:45:22 -07'00'

*Executing officer's signature*

Andrea Brandon, Postal Inspector
*Printed name and title*